UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID RAMONE WILSON,      Case No. 1:05-CV-579

    Plaintiff,      Hon. Richard Alan Enslen

v.

KEITH JOHNSHAIL GRISHAM, *et al.*,

            **ORDER**

    Defendants.    /

This matter is before the Court on Plaintiff David Ramone Wilson's Motion for Reconsideration of the Court's October 5, 2005 Judgment dismissing his action for failure to state a claim upon which relief may be granted. Under Rule 7.4(a), Plaintiff must demonstrate that the Court's Order suffers from a palpable defect, and must "also show that a different disposition of the case must result from a correction thereof." W.D. MICH. LCIVR 7.4(a).

In this Motion, Plaintiff has failed to clarify any of the allegations in his previous Complaint, nor has he alleged any new facts that would, if proven, entitle him to relief under 42 U.S.C. § 1983. Since Plaintiff has not shown there was a palpable defect or that a different disposition of the case must result, his Motion for Reconsideration is denied. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Dkt. No. 6) is **DENIED**.

                             /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
    April 16, 2007      SENIOR UNITED STATES DISTRICT JUDGE